| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 12-18-20 |
| S&P INVESTMENT GROUP, LLC,,<br><br>                     Plaintiff,<br><br>         v.<br><br>KINGDOM MATERIALS HOLDINGS LLC, *et al.*,<br><br>                     Defendants. | 20-CV-2112 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Plaintiff to this contract action asserts that this Court has subject matter jurisdiction under the rules of diversity. *See* Dkt. 1 ¶ 7 (citing 28 U.S.C. § 1332). Plaintiff and two of the three Defendants in this case are limited liability companies. The citizenship of an LLC "is determined by reference to the citizenship of its members." *Catskill Litig. Trust v. Park Place Entm't Corp.*, 169 F. App'x 658, 659 (2d Cir. 2006); *see also Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–52 (2d Cir. 2000) ("[F]or purposes of diversity jurisdiction, a limited liability company has the citizenship of its membership"). Neither party has informed the Court of the citizenship of its members. Without this information, the Court is unable to determine whether it has subject matter jurisdiction over this action. Accordingly, no later than December 23, 2020, the parties—other than Defendant Michael Blubaugh—are hereby ordered to submit a letter to the Court detailing the citizenship of each of their members.

SO ORDERED.

Dated:    December 18, 2020
         New York, New York

                                                   _____
                                                   RONNIE ABRAMS
                                                   United States District Judge